IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| HECTOR FARIAS, *et al.*, *individually and on behalf of themselves and others similarly situated et al,* <br><br> *Plaintiffs,* <br><br> v. <br><br><br> STRICKLAND WATERPROOFING COMPANY, INCORPORATED. <br><br> *Defendant.* | Civil Action No.: 3:20-cv-76 |

### UNOPPOSED MOTION FOR FINAL APPROVAL OF FAIR LABOR STANDARDS ACT SETTLEMENT

Named Plaintiffs, with the consent of Strickland Waterproofing Company ("Defendant"), by and through their undersigned counsel and pursuant to 29 U.S.C. § 216(b) of the Fair Labor Standards Act ("FLSA") and Local Rule 11 of the Rules of the Western District of Virginia move for approval of this Settlement. Attached to the Memorandum of Law in Support of Final Approval of the Settlement is The Parties' Settlement Agreement (Ex. 2).

The Parties respectfully request that the Court (1) find the Settlement a fair and reasonable resolution of the Parties' *bona fide* dispute; (2) approve the payments to Plaintiffs totaling $571,942.04; (3) approve attorneys' fees and costs to Plaintiffs' counsel in the amount of $297,057.96; and (4) retain jurisdiction over enforcement of the Settlement.

1

In support of this Unopposed Motion, Plaintiffs have contemporaneously filed a Memorandum of Law in Support of Final Approval of the Settlement.

Dated: February 14, 2023                                      Respectfully Submitted,

Plaintiffs, By Counsel

/s/ Rachel Nadas_____
Rachel Nadas (VSB No. 89440)
Handley Farah & Anderson PLLC
1201 Connecticut Avenue NW, Suite 200K
Washington, D.C. 20036
Tel. 202.899.2991
rnadas@hfajustice.com


/s/ Matthew B. Kaplan_____
Matthew B. Kaplan (VSB No. 51027)
The Kaplan Law Firm
1100 N. Glebe Road, Suite 1010
Arlington, VA 22201
Tel. 703.665.9529
mbkaplan@thekaplanlawfirm.com
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of February, 2022, I electronically filed the foregoing Consent Motion for Final Approval of Settlement using the CM/ECF system, which will send a notification to all counsel of record.

/s/ Rachel Nadas
Rachel Nadas
