# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

|  |  |
|---|---|
| HECTOR FARIAS, *et al.*, *individually and on behalf of themselves and others similarly situated et al,* <br><br> *Plaintiffs,* <br><br> v. <br><br><br> STRICKLAND WATERPROOFING COMPANY, INCORPORATED. <br><br> *Defendant.* | Civil Action No.: 3:20-cv-76 |

## ORDER APPROVING THE PARTIES' SETTLEMENT

Having reviewed the Consent Motion for Final Approval of the Settlement and the supporting memorandum and declaration filed in support, it is hereby ORDERED that the motion is GRANTED, and:

1. The Settlement is a fair and reasonable resolution to the parties' *bona fide* dispute and is in accordance with the requirements of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq*.

2. Defendant shall make all payments required by the Settlement, pursuant to the terms of the Settlement.

3. This case shall be deemed dismissed, without further order of the Court, by the date set in the Settlement for eligible persons to sign the Settlement, which date is sixty days from the date of this Order approving the Settlement.

4. Upon the date on which this case is deemed dismissed, the claims of all persons who are Plaintiffs in this lawsuit who have become parties to the Settlement by signing it (having been eligible to do so) are dismissed WITH PREJUDICE.

5. Upon the date on which this case is deemed dismissed, the claims of all persons who are Plaintiffs in this lawsuit who are not parties to the Settlement are dismissed WITHOUT PREJUDICE

6. The rights of any person who does not sign the Settlement shall not in any way be adversely affected by the Settlement or this lawsuit.

7. The release set out in the Settlement shall be binding and enforceable by Defendant against any Plaintiff who (having been eligible to do so) has signed the Settlement.

8. No person who has not signed the Settlement shall have any claim for payment pursuant to the Settlement.

9. The terms of the Settlement are incorporated by reference into this order.

10. The Court retains jurisdiction over enforcement of the Settlement and any reasonably related matter.

IT IS SO ORDERED this  29th  day of   March  , 2023.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

2