# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| HECTOR FARIAS, *et. al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>STRICKLA ND WATERPROOFING COMPANY, INC.,<br><br>*Defendant.* | CASE NO. 3:20-cv-00076<br><br>FINAL ORDER<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court further to the Court's Order Granting the Motion to Approve Settlement. Dkt. 63. Pursuant to the terms of that Order, stipulating that the date of dismissal of this action (the "signature date"), as modified and extended by this Court's Order Granting the Consent Motion to Extend Settlement Deadlines, Dkt. 64, 65, and finding the terms of such dismissal have been met pursuant to the Settlement and the Court's prior Orders, and with consent of counsel, this matter will be and hereby is **DISMISSED**. The claims of all Plaintiffs who are parties to the Settlement are **DISMISSED** *with prejudice*; the claims of all Plaintiffs who are not parties to the Settlement are **DISMISSED** *without prejudice*. The claims of any person who did not sign the Settlement are unaffected by the Settlement. The terms of the Court's prior Orders, Dkt. 63, 64, remain in effect and are adopted herein.

The Court **will retain jurisdiction** over enforcement of the Settlement and any reasonably related matter. *See Kokkonen v. Guard. Life Ins. Co. of Am.*, 511 U.S. 375, 381–82 (1994).

The Clerk is directed to close this case and strike it from the Court's active docket.

It is so **ORDERED**.

The Clerk of Court is directed to send this Order to all counsel of record.

Entered this __19th__ day of July, 2023.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE